# Order

Michigan Supreme Court
Lansing, Michigan

January 26, 2011

142322 & (26)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

IRIS MARIE SEXTON-O'BRIEN,
      Plaintiff-Appellee,

v

                              SC: 142322
                              COA: 300344
                              Oakland CC: 2009-103963-NF

NATIONWIDE INSURANCE COMPANY, a/k/a
NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY,
      Defendant-Appellant,

and

MICHIGAN HEAD & SPINE INSTITUTE, P.C.,
      Intervening Plaintiff.

_____/

      On order of the Court, the application for leave to appeal the November 30, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court. The motion to stay is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 26, 2011

p0125

_____
Clerk